79,354-03

Randall Bolivar # 1719379
Ellis Unit
1697 FM 980
Huntsville, Texas 77343

June 15, 2015

Texas Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

VIA CERTIFIED MAIL
7014 0510 0001 2015 1709

RE: Cause No. WR-79,354-03

Dear Clerk of the Court:

Enclosed for filing with the Court, please find my:

1. NOTICE OF OBJECTION TO THE COURT CLERK'S USE OF TRUCK MAIL OR INTRAAGENCY MAIL; and

2. REQUEST THE COURT, ON IT OWN INITIATIVE, RECONSIDER REALTOR'S MOTION FOR LEAVE TO FILE WRIT OF MANDAMUS.

Thank you for your time and efforts on this matter. God Bless You!

Respectfully Submitted,

Randall Bolivar, Pro se

cc:
Cameron County D.A.'s Office
State Prosecuting Attorney
File
Chief Staff Attorney, 13TH COA

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 23 2015

Abel Acosta, Clerk

CAUSE NO. WR-79,354-03

IN THE TEXAS

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

RANDALL BOLIVAR,                    §
     Realtor                       §
                                   §
vs.                                §
                                   §
THIRTEENTH COURT OF APPEALS,       §
     Respondent                    §

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 23 2015

Abel Acosta, Clerk

---

NOTICE OF OBJECTION TO THE COURT CLERK'S USE OF TRUCK MAIL OR INTRAAGENCY MAIL

---

TO THE HONORABLE JUDGES OF SAID COURT:

Comes now Randall Bolivar, Realtor Pro Se, and respectfully notifies the Court, and all parties, of his objection to the use of "truck mail" or intraagency mail delivery of the Court's rulings in this cause of action.

Realtor does not recognize the Clerk of the Court's use of any delivery of service except by U.S. Mail. There is no way Realtor can timely respond to court ordered or statutory deadlines to respond when there is a significant delay between the date of the Court's entry and delivery of service on Realtor due to the State and TDCJ-CID mail operations. Therefore any notification by the Court must be sent via U.S. mail.

RESPECTFULLY SUBMITTED,

Randall Bolivar, Pro Se
Realtor
Ellis Unit, TDCJ # 1719379
1697 FM 980
Huntsville, Texas 77343

## CERTIFICATE OF SERVICE

I, Maria S. Rey, certify that a true and correct copy of the above and foregoing documents were served on opposing counsel for the State at:

Cameron County District Attorney's Office

964 E. Harrison St.

Brownsville, Texas 78520

State Prosecuting Attorney
P.O. BOX 12405
Austin, Texas 78711

Service upon counsel was made by fax, First Class Mail, or hand-delivery.

SIGNED AND SERVED ON THIS 19 DAY OF June, 2015.

_____
Maria S. Rey